Edward M. MAZUR; Jeffrey W. Bull; and An Unincorporated Association Citizens Against Tax Incremental Financing, Petitioners,

v.

TRINITY AREA SCHOOL DISTRICT; Trinity School Board; and Emily Minor; Jerry Chambers; Charles McCreary; Stephanie Komorowski; Kathy Penkowski; Dennis McWreath, Respondents.

Edward M. Mazur; Jeffrey W. Bull; and An Unincorporated Association, Citizens Against Tax Incremental Financing, Petitioners,

v.

Washington County; Washington County Board of Commissioners; Commissioner Bracken Burns and Commissioner Larry Maggi, Respondents.

Edward M. Mazur; Jeffrey W. Bull; and An Unincorporated Association, Citizens Against Tax Incremental Financing, Petitioners,

v.

South Strabane Township; South Strabane Township Board of Supervisors; Anthony Zelenka, Charles Kosey and Billy Bell, as Supervisors, Respondents.

Supreme Court of Pennsylvania.

Jan. 2, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of January, 2008, the Petition for Allowance of Appeal is **GRANTED LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by petitioner, are:

(1) Whether the Court has jurisdiction to review municipal decisions approving a TIF District supported by public funds?

(2) Whether Plaintiffs' allegations that the defendants made findings of blight in bad faith, are sufficient to withstand a demurrer?